

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of Misti
Cooper and Kevin Cooper

No. 06-22-00093-CV

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 21-
0251). Memorandum Opinion delivered by
Chief Justice Stevens, Justice van Cleef and
Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court

below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JUNE 2, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk